UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>BOBBY ASHLEY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Cause No. 1:19-cr-0016-JMS-TAB<br>)<br>)<br>)<br>) |

## STIPULATED FACTUAL BASIS

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and by Amanda Kester, Assistant United States Attorney, and the defendant, Bobby ASHLEY ("ASHLEY" or "Defendant"), in person and by counsel, Gwendolyn Beitz, respectfully submit this stipulated factual basis.

    1.    On September 7, 2017, ASHLEY was convicted in the Southern District of Indiana, Indianapolis Division, of Felon in Possession of a Firearm by the Honorable Sarah Evans Barker in case number 1:17-CR-0186. A judgment was entered against ASHLEY sentencing him to a period of 21 months in the custody of the United States Federal Bureau of Prisons (BOP) to be followed by 3 years of supervised release. On October 15, 2018, ASHLEY was furloughed to the Volunteers of America (VOA), a Residential Reentry Center (RRC) located in the Indianapolis Division of the Southern District of Indiana, per a Federal BOP transfer order to serve the remainder of his sentence. ASHLEY'S earliest projected release date from custody of the BOP was March 22, 2019.

2. On October 16, 2018 ASHLEY executed a Conditions of Residential Community Corrections in which he indicated that he understood that he was required to abide by the rules and regulations of the VOA. ASHLEY was also informed that he was required to return to the VOA at the time stated on his pass and that escape from an unescorted community program was a crime.

3. On October 23, 2018, ASHLEY signed out of the VOA at 12:00 P.M. to go to the Social Security Administration and was to return to the VOA at 2:00 P.M. ASHLEY did not return to the VOA on October 23, 2018. Local law enforcement were able to locate ASHLEY's GPS ankle monitor which appeared to have been physically cut off in the vicinity of 1150 W. New York St., Indianapolis, IN. ASHLEY was never given permission to remove the GPS ankle monitoring equipment.

4. ASHLEY was located and subsequently arrested on November 30, 2018.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

6/11/19
DATE

_____
Amanda Kester
Assistant United States Attorney

June 11, 2019
DATE

_____
Gwendolyn Beitz
Attorney for Defendant

June 11, 2019
DATE

_____
Bobby Ashley
·Defendant
Bobby ashley