UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOBBY ASHLEY (01), )<br>)<br>Defendant. )<br>) | No. 1:19-cr-00016-JMS-TAB |

## **ENTRY FOR JUNE 14, 2019**

On this date, Defendant Bobby Ashley (01) appeared in person and by counsel, Gwendolyn Beitz, for a change of plea and sentencing hearing. The Government appeared by counsel, Amanda Kester, with its investigative agent Bill Kaulfers. Stephanie Hood appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Jean Knepley.

After placing the Defendant under oath, the Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the Defendant's plea of guilty to Count 1 of the Indictment and the Defendant responded affirmatively. Evidence of a factual basis for the plea was accepted of record. The Court also conducted additional inquiry of the Defendant, and as a result of the information and testimony provided at the hearing the Court was satisfied that:

- the Defendant was fully competent and able to enter an informed plea,
- the Defendant's plea was being made knowingly and voluntarily,
- the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.

The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rules of Criminal Procedure 11(b).

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, Sentence was imposed as stated on the record, including:

- Special Assessment: $100.00
- Incarceration: 14 months to run consecutive to case 1:17-cr-00186-SEB-TAB.  The Court recommends placement at FCI Greenville, Illinois.  The Court further recommends participation in program for substance abuse treatment.
- Supervised Release:  none
- Fine: $0.00 (waives interest)

- You shall not have contact with Brenna Canter and Kimberly Barnes.

- You shall pay to the United States a special assessment of $100.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The defendant is remanded to the custody of the U.S. Marshal.

The proceedings were adjourned.

Date: 6/14/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Amanda Kester
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
amanda.kester@usdoj.gov